# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANTIAGO VARGAS and RAFAEL LOPES,**

        Plaintiffs,

v.                                                  Case No:   6:14-cv-452-Orl-22KRS

**CBC TRANSPORTATION, CORP.,**

        Defendant.

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 45) filed on October 22, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 48), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 10, 2014 (Doc. No. 46), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement is hereby GRANTED.   The Court finds that the settlement of the FLSA claims is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. Plaintiffs' counsel shall provide a copy of this Order to Plaintiffs.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 17, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties